IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    PAUL G. TURNER, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | CIV-14-1314-C |
| | ) | |
| 1.    PLAINS ALL AMERICAN GP, LLC, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
|         Defendant. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Paul G. Turner, hereby stipulates with the Defendant, Plains All American GP, LLC, that his claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted this 28th day of July, 2015.

s/ Jana B. Leonard
Jana B. Leonard, OBA #17844
Emily Van Volkinburg, OBA #31744
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone: (405) 239-3800
Facsimile: (405) 239-3801
leonardjb@leonardlaw.net
emilyv@leonardlaw.net

*Attorneys for Plaintiff*

s/ Mary P. Snyder   *(signed with permission)*
Mary P. Snyder, OBA #31427
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
Tele:   405-235-7700
Fax:   405-239-6651
mary.snyder@crowedunlevy.com

- and -

Michael J. Gibbens, OBA #3339
CROWE & DUNLEVY
A Professional Corporation

-1-

500 Kennedy Building
321 South Boston
Tulsa, OK 74103-3313
Tele:  918-592-9800
Fax:   918-592-9801
michael.gibbens@crowedunlevy.com

*Attorneys for Defendants*